

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 23, 2019

**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

   Re: *United States v. Marino Amaya Duque,*
     **17 Cr. 378 (AKH)**

Dear Judge Hellerstein:

  On December 19, 2019, defendant Marino Amaya Duque was extradited from Colombia to the United States to face the charges in this case. He appeared the following day before Judge Fox, was presented and arraigned, and time was excluded under the Speedy Trial Act between December 20, 2019 and January 9, 2020. The Government respectfully requests that the Court schedule an initial conference in this case when convenient for the Court. The Government understands, from Your Honor's Chambers, that January 9, 2020 at 11:00 a.m. may be a convenient time for the Court, and both parties are available at that time.

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: *Michael D. Neff*

Michael D. Neff
Assistant United States Attorney
(212) 637-2107

cc: Kenneth Montgomery, Esq. (via ECF)