UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                                                :
UNITED STATES OF AMERICA,                                       :
                                                                :     **SCHEDULING ORDER**
     -against-                                                  :
                                                                :     17 Cr. 378 (AKH)
MARINO AMAYA DUQUE,                                             :
                                                                :
                                        Defendant.             :
                                                                :
--------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Defendant having requested expedited sentencing, and the parties having agreed

to go forward with the first disclosure of the PSR, sentencing is hereby rescheduled from July 10,

2020 to May 20, 2020 at 12:00 p.m.  Two weeks prior to sentencing, counsel for Defendant shall

1) confirm to the Court that the parties are prepared to go forward on the scheduled date, and 2)

indicate whether Defendant anticipates consenting to sentencing via teleconference.

        SO ORDERED.

Dated:      April 15, 2020                    _____/s/ Alvin K. Hellerstein_____
            New York, New York                    ALVIN K. HELLERSTEIN
                                                  United States District Judge