# ALVIN K. HELLERSTEIN
## UNITED STATES DISTRICT JUDGE
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## 500 PEARL STREET
## NEW YORK, NY 10007-1581
## (212) 805-0152

**TO: Concerned Parties**

**FROM: Brigitte Jones, Courtroom Deputy**          **Date: 4/17/2020**
          **by Order of Judge Alvin K. Hellerstein**

**US v. Marino Amaya Duque – 17 Cr. 378(AKH)**

The sentencing previously scheduled for May 20, 2020 @ 12:00 pm is hereby adjourned.

You are hereby notified that you are required to appear for a sentencing.

> Date : May 20, 2020
> Time: 10:30 a.m.
> Place: U.S. Courthouse - Southern District of New York
>        500 Pearl Street
>        Courtroom 14D
>        New York, New York 10007

So Ordered,

_____
**Alvin K. Hellerstein, U.S.D.J.**